UNITED STATES of America,
Plaintiff-Appellee,

v.

John L. WARREN, Jr., David Defina, Des E. Shick and Thomas A. Warren, Defendants-Appellants.

No. 75–4368.

United States Court of Appeals,
Fifth Circuit.

Aug. 5, 1977.

Michael Tarre, Daniel S. Pearson (Court-appointed), Miami, Fla., for John Warren.

Sky E. Smith, Miami, Fla. (Court-appointed), for Defina.

Alan Medof, Miami, Fla. (Court-appointed), for Shick.

Stewart E. Parsons, Tallahassee, Fla. (Court-appointed), for Thomas Warren.

Robert W. Rust, U. S. Atty., James L. Whitten, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

(Opinion April 7, 1977, 5 Cir., 1977, 550 F.2d 219)

Before BROWN, Chief Judge, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL and FAY, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application

of the United States for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause as to appellants John L. Warren, Jr. and Thomas A. Warren shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.